DOWNEY BRAND LLP
MATTHEW J. WEBER (Bar No. 227314)
JENNIFER WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:     (209) 473-6450
Facsimile:      (209) 473-6455
mweber@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Defendant
VAN DE POL ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>       v.<br><br>VAN DE POL ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>                    Defendant. | Case No.  2:14-cv-02101-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys herein, that defendant VAN DE POL ENTERPRISES, INC., has up to and including January 12, 2015, to file a responsive pleading.  The responsive pleading was due on December 29, 2014, but a request to extend the time to respond was made by counsel for Defendant due to counsel and the parties being unavailable because of the holidays.

IT IS SO STIPULATED.

DATED:  December 29, 2014            POTTER HANDY


                                    By: _____*/s/ Mark Potter*_____
                                            MARK POTTER
                                       Attorney for Plaintiff
                                          SCOTT JOHNSON

/////

1  DATED: December 29, 2014        DOWNEY BRAND LLP

3              By:     */s/ Matthew J. Weber*
                      MATTHEW J. WEBER
4                     Attorney for Defendant
                      VAN DE POL ENTERPRISES, INC.

## **ORDER**

Based on the foregoing Stipulation, and good cause therefore,

IT IS HEREBY ORDERED that defendant VAN DE POL ENTERPRISES, INC., has up to and including **January 12, 2015**, to respond to the Complaint herein.

Dated: January 9, 2015

_____
Troy L. Nunley
United States District Judge